# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) Case No: 20-cr-03419-JLS
OSCAR MADDOX, )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(x) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee: Oscar Maddox, Booking # 6038115
Detained at (custodian): Attention: Warden, NORTH COUNTY CORRECTIONAL FACILITY
29340 THE OLD ROAD CASTAIC, CA 90012

Detainee is: a.) (x) charged in this district by:
(x) Indictment     ( ) Information     ( ) Complaint
Charging Detainee With: 21:952, 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (x) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Appearance is necessary for Arraignment on **Thursday, November 5, 2020**, in the courtroom before Judge Mitchell D. Dembin at the United States Courthouse, 333 West Broadway San Diego, CA 92101.

I hereby attest and certify on 11/4/2020
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

*Carlos Arguello*
AUSA Carlos Arguello
619-546-6684; Carlos.Arguello2@usdoj.gov
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(x) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11/3/2020

United States Judge

Please provide the following, if known:

AKA(s) (if applicable): Oscar Maddox                    Male (x)  ( ) Female
Booking or Fed. Reg. #: 6038115                          DOB: _____
Facility Address: NORTH COUNTY CORRECTIONAL             Race: _____
29340 THE OLD ROAD CASTAIC, CA 90012                    FBI #: _____
Facility Phone: (213) 473-6080
Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)