# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 20-cr-3419-JLS |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR MADDOX (D2) | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: Oscar Maddox (D2)
Detained at (custodian): Attention: Warden - North County Correctional Facility at Los Angeles

Detainee is:  a.)  ( ) charged in this district by:
                  ( ) Indictment    ( ) Information    (✓) Complaint
                  Charging Detainee With: _____
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or  b.)  (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on July 23, 2021, at 1:30 p.m. in the courtroom of the Honorable Janis L. Sammartino for the Motion Hearing / Trial Setting.

I hereby attest and certify on 7/6/2021
That the foregoing document is a full, true and correct copy of the original ~~on file in my office and in my legal custody~~.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Signature: *Carlos Arguello*
Printed Name & Phone no.: Carlos Arguello (619) 546-6684
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    (✓) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

7/2/2021
Date

United States District/~~Magistrate Judge~~

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 96126-298 | DOB: | 12/11/1991 |
| Facility Address: | 29340 The Old Road | Race: | Black |
| | Castaic, CA 91384 | FBI#: | |
| Facility Phone: | (661) 295-7810 | | |
| Currently Incarcerated For: | 21:952/960 - Importation of Substance | | |

---

### RETURN OF SERVICE

Executed on: _____  by: _____

(Signature)

Form Crim-48                                                  Revised 7/25/14